

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 12, 2025

**BY EMAIL**
The Honorable Sarah Netburn
Chief United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Unsealing of Superseding Indictment S2 23 Cr. 578 (JGK)**

Dear Chief Judge Netburn:

    The Government respectfully requests the Court memo-endorse this letter to unseal Superseding Indictment S2 23 Cr. 578 (JGK), which is assigned to Judge Koeltl, based on the arrests of certain defendants charged therein.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney

                     By:   */s/*
                          Jerry J. Fang / William K. Stone
                          Assistant United States Attorneys

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 12, 2025
                 New York, New York