UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                                                  23 cr 578 (JGK)

        -against-

                                                  **SPEEDY TRIAL ORDER**

MICHAEL EDWARDS, *et al*

                      Defendants.
-----------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Thursday, July 17, 2025, at 2:30pm,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **July 17, 2025** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                          JOHN G. KOELTL
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        July 14, 2025