**Mark S. DeMarco**
Attorney At Law
100 Lafayette Street, Suite 501
New York, New York 10013
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

July 16, 2025

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

**BY ECF & ELECTRONIC MAIL**

Re:   *United States v. Edwards, et al.*
      23 Cr. 578 (JGK)

Your Honor:

Since I am currently engaged in the trial of *People v. Clifton Savage*, Bronx County Indictment Number 70302/2022, I am unable to appear at the conference scheduled for July 17, 2025, on behalf of my client Michael Edwards.  Accordingly, I write to respectfully request the permission of this Court for Benjamin Zeman, counsel for co-defendant Shakeemo Hill, to appear on my behalf.

Thank you for your attention to this matter.

Respectfully submitted,

*Mark S. DeMarco*

Mark S. DeMarco

cc:   All Counsel
      By ECF

*Handwritten note:* Application granted provided that both defendants agree to the representation by Mr. Zeman for this hearing. So ordered.

*/s/ J. Koeltl*
7/16/25   U.S.D.J.