# ZEMAN & WOMBLE, LLP

BENJAMIN ZEMAN                                          P  (718) 514 - 9100
20 VESEY STREET, SUITE 400                              F  (917) 210 - 3700
NEW YORK, NY 10007                       ZEMAN@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

May 14, 2026

VIA ECF

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007-1312

Re: U.S. v. Shakeemo Hill, 23 Cr. 578 (RA)

Dear Judge Abrams,

I submit this letter, on behalf of my client, Shakeemo Hill, requesting permission for him to travel to Florida between May 29th and June 1st. Mr. Hill, a participant in the YAOP, is working, is enrolled in community college where he had a successful semester,  and has been fully compliant with the conditions of his release.

Mr. Hill is requesting to travel to Miami, Florida from May 29th through June 1st, 2026. Counsel and Mr. Hill have conferred with the Government and Pretrial Services regarding this request and neither object to this request with the understanding that Mr. Hill provide his itinerary (lodging, flights, etc.) to Pretrial in advance of the trip and he checks in with Pretrial before and immediately after his return.

I, therefore, request that the conditions of Shakeemo Hill's Pretrial supervision be modified to permit him to go to Miami, Florida from May 29th through June 1st, 2026.  Thank you for your consideration of this request.

Respectfully,

_____
RONNIE ABRAMS                                 Benjamin Zeman
United States District Judge                   Counsel for Shakeemo Hill