# ZEMAN & WOMBLE, LLP

BENJAMIN ZEMAN                                    P   (718) 514 - 9100
20 VESEY STREET, SUITE 400                        F   (917) 210 - 3700
NEW YORK, NY 10007                        ZEMAN@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

August 10, 2026

VIA ECF

The Honorable Ronnie Abrams                  Application granted.
United States District Judge
Southern District of New York                SO ORDERED.
40 Foley Square
New York, N.Y. 10007-1312

           Re: U.S. v. Shakeemo Hill, 23 Cr. 578 (RA)   Ronnie Abrams, U.S.D.J.
                                                         August 10, 2026

Dear Judge Abrams,

        I submit this letter, on behalf of my client, Shakeemo Hill, requesting permission for him to travel to Atlanta between August 14th and August 17th. Mr. Hill, a participant in the YAOP, is working, is enrolled in community college where he had a successful semester and has been fully compliant with the conditions of his release.

        Counsel and Mr. Hill have conferred with the Government and Pretrial Services regarding this request and neither object to this request with the understanding that Mr. Hill provide his itinerary (lodging, flights, etc.) to Pretrial in advance of the trip and he checks in with Pretrial before and immediately after his return.

        I, therefore, request that the conditions of Shakeemo Hill's Pretrial supervision be modified to permit him to go to Atlanta, Georgia from August 14th through August 17th, 2026.  Thank you for your consideration of this request.

                                             Respectfully,

_____
RONNIE ABRAMS                                Benjamin Zeman
United States District Judge                 Counsel for Shakeemo Hill