ZEMAN & WOMBLE, LLP

BENJAMIN ZEMAN
20 VESEY STREET, SUITE 400
NEW YORK, NY 10007

P (718) 514 - 9100
F (917) 210 - 3700
ZEMAN@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

October 2, 2026

VIA ECF

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007-1312

Re: U.S. v. Shakeemo Hill, 23 Cr. 578 (RA)

Dear Judge Abrams,

I submit this letter, on behalf of my client, Shakeemo Hill, requesting modification to his bail conditions by expanding his travel restrictions. Mr. Hill's travel is currently restricted to the SDNY, EDNY and the District of Connecticut.

Mr. Hill, a participant in the YAOP, has been working, is enrolled in community college and has been fully compliant with the conditions of his release. He had a successful semester in junior college, earned his Commercial Drivers License ("CDL") and has recently been offered a job with a trucking company that will require him to cross state lines depending on the location of the pickup and/or delivery. I have attached a copy of the letter from his employer.

Counsel and Mr. Hill have conferred with the Government and Pretrial Services regarding this proposed modification and neither object to this request with the understanding that Mr. Hill provide his itinerary (destination, route and expected duration) to Pretrial in advance of any trip and that he checks in with Pretrial before departure and immediately following his return.

I, therefore, request that the conditions of Shakeemo Hill's Pretrial supervision

be modified to expand his travel restrictions from what they are now to the Continental United States. Thank you for your consideration of this request.

Respectfully,

Benjamin Zeman
Counsel for Shakeemo Hill

____________________________
RONNIE ABRAMS
United States District Judge