MORGAN'S Transportation, LLC

646-229-4393
malickmorgan012@yahoo.com
Bridgeport, CT 06608

**MORGAN'S TRANSPORTATION, LLC**
**Employment Verification Letter**

Date: September 21, 2026

To Whom It May Concern / Parole Officer:

This letter is to confirm that Shakeemo Hill is employed as a driver with Morgan's Transportation, LLC.

As part of his job responsibilities, Shakeemo is required to operate company vehicles and travel across state lines for transportation and delivery assignments. His work may require him to travel to different states depending on the company's scheduled routes and customers.

We respectfully ask that his employment requirements, including interstate travel, be taken into consideration.

If you need any additional information regarding his employment or work schedule, please contact Morgan's Transportation, LLC.

Sincerely,

Morgan's Transportation, LLC
Authorized Representative